| Fill in this information to identify the case: | |
|---|---|
| Debtor name | CRS Reprocessing, LLC |
| United States Bankruptcy Court for the: | Western District of Kentucky (State) |
| Case number (If known): | _____ |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | THL Credit Inc. 100 Federal Street, 31st Floor Boston, MA 02110 | Michelle Handy (800) 450-4424 | | | | | $12,267,992 |
| 2 | Harvest Capital Credit 3440 Preston Ridge Road #350 Alpharetta, GA 30005 | Ryan McGee (212) 906-3592 | | | | | $7,167,530 |
| 3 | THL Credit Greenway Fund LLC 100 Federal Street, 31st Floor Boston, MA 02110 | Michelle Handy (800) 450-4424 | | | | | $1,707,203 |
| 4 | New Logic Research, Inc. 1295 67th Street Emeryville, CA 94608 | | | | | | $97,971 |
| 5 | Republic Pneumatics, An Eagle Investment Partners Company 1001 Industrial Blvd. Sellersburg, IN 47172 | (502) 371-0448 sales@republicpneumatics.com | | | | | $91,378 |
| 6 | Lee and Ko Hanjin Building 63 Namdaemun-ro, Jung-gu Seoul 04532 Korea | +82 2-772-4000 mail@leeko.com | | | | | $65,979 |
| 7 | UnitedHealthcare Insurance Company 5901 Lincoln Drive Minneapolis, MN 55436 | (800) 291-2634 | | | | | $44,379 |
| 8 | North American Filtration of Massachusetts, Inc. 23 Walpole Park S Walpole, MA 02081 | (508) 660-9150 | | | | | $33,674 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor __CRS Reprocessing, LLC_____    Case number (*if known*)_____
          <sub>Name</sub>

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Landstar Global Logistics Inc. 175 Horace Head Road Jefferson, GA 30549 | Nicola Schober (706) 367-4631 nicola@beeline-usa.com | | | | | $31,717 |
| 10 | Vaco Louisville, LLC 10200 Forest Green Blvd., #112 Louisville, KY 40223 | (502) 333-6161 info.louisville@vaco.com | | | | | $22,304 |
| 11 | Mountjoy Chilton Medley LLP 462 South Fourth Street Suite 2600 Louisville, KY 40202 | (502) 587-1719 | | | | | $20,000 |
| 12 | Don Johns, Inc. 7919 3rd Street Road Louisville, KY 40214 | | | | | | $16,440 |
| 13 | US Vacuum Pumps LLC 2095 TX-243 Canton, TX 75103 | (903) 848-9800 help@usvacuumpumps.com | | | | | $14,250 |
| 14 | Modern Welding Company of Owensboro, Inc. 1450 East Parrish Ave. Owensboro, KY 42303 | (270) 852-3847 | | | | | $14,009 |
| 15 | Sentro Tech Corp. 21294 Drake Road Strongville, OH 44149 | (440) 260-0364 info@sentrotech.com | | | | | $13,200 |
| 16 | Schneider National, Inc. 2567 Paysphere Circle Chicago, IL 60674 | | | | | | $12,809 |
| 17 | DNV GL Business Assurance USA, Inc. P.O. Box 934927 Atlanta, GA 31193-4927 | | | | | | $11,319 |
| 18 | Crowe Horwath LLP 9600 Brownsboro Road, Suite 400 Louisville, KY 40241 | Greg Stump (502) 420-4459 greg.stump@crowehorwath.com | | | | | $9,040 |
| 19 | BNZ Materials, Inc. 6901 South Pierce Street Suite 260 Littleton, CO 80128 | | | | | | $8,782 |
| 20 | Evergreen Property Trust, LLC P.O. Box 301 New Cumberland, PA 17070 | | | | | | $7,533 |