UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: CRS Reprocessing, LLC

CASE NUMBER: 17-32565
CHAPTER: 11

Debtor(s)

## AMENDMENT TO SCHEDULES

### INSTRUCTIONS:

1. Check applicable boxes below and describe details of amendment in box provided.
2. **For amendments to schedules other than D or E/F**, it is acceptable to check the box on this form, type a brief description in the box for details and attach a new schedule. ANY CHANGES to D, E/F or the mailing matrix must be made using the format on Page 2 of this form; if amendment does not comply, it may be stricken.
3. Debtor may use this form to amend the Social Security Number but amendments to the Social Security Number must be filed separately from other amendments (and if filed electronically, using the separate event for Amendment to Social Security Number).

### CHECK THE APPLICABLE BOXES BELOW:

- ☐ **Amendment to Petition:**
  ☐ Name  ☐ Address  ☐ Alias  ☐ Social Security Number
- ☐ Statement of Financial Affairs
- ☐ Statement of Intention
- ☐ Schedule A/B
- ☐ Schedule C
- ☐ Schedule D or ☐ Schedule E/F
  ☐ Add/Delete creditors or change amount or classification of debt - **Fee Required**, or
  ☐ Change address of a creditor listed on the schedules – **No Fee Required**
- ☑ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☐ Other Document Included with Schedules, e.g., Disclosure of Compensation of Attorney

Additional Details of Amendment (attach separate page if needed):

**AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this document and any attached schedules or documents, and that they are true and correct to the best of my knowledge, information and belief.

DATE: October 4, 2017    SIGNATURE: _____
For CRS Reprocessing, LLC

Local Form B

**Name(s) of Debtor(s):**

**Case Number:**

## CORRECTIONS TO SCHEDULES D, E/F AND/OR THE CREDITORS MATRIX

### INSTRUCTIONS:

1. For all changes, the schedule on which creditor is/will be listed should be noted.
2. Each creditor or list of creditors should indicate whether creditors are being added, deleted, or modified in another way, e.g., "change amount to _____," or "move creditor from D to E/F." For added or deleted creditors, the full name and address of the creditor should be listed.
3. For creditors whose addresses are being corrected, the current address of the creditor on file with the Court and the new one should both be listed and labeled appropriately so the Court can update the correct creditor.

**If the amendment lists you as a creditor, you have 90 days from the certification of mailing of the amendment in which to file a proof of claim (CHAPTER 7 ASSET AND CHAPTER 13 CASES ONLY)**

### FOR ADDITIONAL CHANGES TO SCHEDULES D, E/F AND/OR THE CREDITORS MATRIX, INSERT A NEW PAGE AND CONTINUE

Local Form B

UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                              CASE NUMBER:
                                                    CHAPTER:

Debtor(s)

## CERTIFICATE OF SERVICE AND
## NOTICE OF AMENDMENT TO SCHEDULES

### INSTRUCTIONS:

1. Debtor or debtor's attorney should complete and file the certificate of service with a complete list of all parties and creditors served.
2. Debtor or debtor's attorney must serve the amendment on all affected parties and creditors, e.g., any added or modified creditors, the trustee, and/or other parties listed on or affected by the amendment. Parties who receive electronic service such as the trustee and U.S. Trustee should be listed on the certificate of service but it is not necessary to serve a copy by mail on these parties.
3. Any added creditor or creditor for whom a new address is being filed must be sent a copy of the Notice of Bankruptcy Case (Official Form 309 – All Chapters) and a copy of the Chapter 13 Plan (Chapter 13 Cases).
4. For changes to the names, aliases or Social Security Number of the debtor(s), a certificate of service and service by the debtor/debtor's attorney on all parties and creditors in the case is required.

### CERTIFICATION OF SERVICE

I hereby certify that on October 4, 2017 (DATE), a copy of the attached Amendment to Schedules and, if required, a copy of Official Form 309 – Notice of Bankruptcy Case and the Chapter 13 Plan was served upon the following by first class mail:

Adobe Systems Inc., 345 Park Avenue, San Jose, CA 95110-2704; Autodesk, Inc., 111 McInnis Parkway, San Rafeal, CA 94903; Concur Technologies, Inc., 601 108th Ave NE, Suite 1000, Bellevue WA, 98004; Cortex I.T. Labs Pty Ltd Level 2, 991 Whitehorse Road, Box Hill VIC 3128, Australia; Dean Dorton Allen Ford, PLLC; 500 W. Jefferson Street, Suite 1400, Louisville, KY 40202; Dell Computer Corporation, One Dell Way, Round Rock, Texas 78682; LogMeIn, Inc., 320 Summer Street, Boston, MA 02210; Microsoft Corporation, One Microsoft Way, Redmond, WA 98052; Paramount Technologies, Inc., 1374 East West Maple Road, Walled Lake, MI 48390; PWC Product Sales LLC, P.O. Box 75647, Chicago, IL 60675-5647; Quadrem Netherlands B.V., Amerikastraat 10, 5232 BE's-Hertogenbosch, Netherlands; and Vaco, LLC, 297 N. Hubbards Lane, Suite 101, Louisville, KY 40207.

DATE: October 4, 2017                SIGNATURE: _____

Local Form B

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **CRS Reprocessing, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY |
| Case number (if known) | **17-32565** |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Professional E&O Insurance Policy Foreign Property & Casualty Insurance** | |
| | State the term remaining | **07/31/2018** | **ACE/CHUBB**<br>**5505 N. Cumberland Avenue**<br>**Suite 307**<br>**Chicago, IL 60656-1471** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Software vendor** | |
| | State the term remaining | **Indefinite** | **Adobe Systems Inc.**<br>**345 Park Avenue**<br>**San Jose, CA 95110-2704** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll Processing** | |
| | State the term remaining | **01/31/2019** | **ADP Streamline**<br>**2908 L G Capelle aan den IJssel**<br>**Lylantse Baan 1**<br>**The Netherlands** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **General Liability/Pollution Insurance** | |
| | State the term remaining | **07/31/2018** | **AIG**<br>**100 Connell Drive**<br>**Berkeley Heights, NJ 07922** |
| | List the contract number of any government contract | | |

Case 17-32565-acs   Doc 186   Filed 10/04/17   Entered 10/04/17 11:57:39   Page 5 of 18

| Debtor 1 | CRS Reprocessing, LLC | | Case number *(if known)* | 17-32565 |
|---|---|---|---|---|
| | First Name    Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.**  State what the contract or lease is for and the nature of the debtor's interest

   State the term remaining     **12/31/2017**

   List the contract number of any government contract

   **AIM**
   **10353 Linn Station Road**
   **Louisville, KY 40223**

**2.6.**  State what the contract or lease is for and the nature of the debtor's interest

   **Warrick Indiana Revenue Contract**

   State the term remaining     **02/28/2014**

   List the contract number of any government contract

   **Alcoa, Inc.**
   **816B.1 Highway 66**
   **Newburgh, IN 47630**

**2.7.**  State what the contract or lease is for and the nature of the debtor's interest

   **Lewisport Kentucky Revenue Contract**

   State the term remaining     **06/20/2021**

   List the contract number of any government contract

   **Aleris Rolled Products, Inc.**
   **1372 State Road**
   **Hawesville, KY 42348**

**2.8.**  State what the contract or lease is for and the nature of the debtor's interest

   **Life & Vision Insurance Provider**

   State the term remaining     **12/31/2017**

   List the contract number of any government contract

   **Anthem**
   **P.O. Box 152361**
   **Columbus, OH 43218-2361**

**2.9.**  State what the contract or lease is for and the nature of the debtor's interest

   **Davenport, Iowa Revenue Contract**

   State the term remaining     **05/20/2021**

   List the contract number of any government contract

   **Arconic, Inc.**
   **4879 State Street**
   **Buchanan, IA 52772**

**2.10.**  State what the contract or lease is for and the nature of the debtor's interest

   **Alcoa Tennessee 2 Revenue Contracts**

   State the term remaining     **12/31/2018**

   List the contract number of any

   **Arconic, Inc.**
   **2300 North Wright Road**
   **Alcoa, TN 37701**

| Debtor 1 | **CRS Reprocessing, LLC** | | Case number *(if known)* | **17-32565** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | List the contract number of any government contract | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Agent** | |
| | State the term remaining | 07/31/2018 | **Arthur J. Gallagher Insurance**<br>**9300 Shelbyville Road**<br>**Suite 704**<br>**Louisville, KY 40222** |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Software vendor** | |
| | State the term remaining | 12/31/2018 | **Autodesk, Inc.**<br>**111 McInnis Parkway**<br>**San Rafael, CA 94903** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | N/A | **Baltimore International Warehousing**<br>**7646-56 Canton Center Drive**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance** | |
| | State the term remaining | 12/17/2017 | **BCS**<br>**2 Mid America Plaza**<br>**Suite 200**<br>**Oakbrook Terrace, IL 60181** |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | 06/22/2018 | **Bloomberg**<br>**3 Bethesda Metro Center**<br>**Bethesda, MD 20814** |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Worldwide Ocean Cargo** | **CNA**<br>**P.O. Box 790094**<br>**Saint Louis, MO 63179-0094** |

| Debtor 1 | CRS Reprocessing, LLC | | Case number (if known) | 17-32565 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | 07/31/2019 | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **US Auto, US Worker's Compensation Insurance Policies** | |
|---|---|---|---|
| | State the term remaining | 07/31/2018 | **CNA**<br>**P.O. Box 790094**<br>**Saint Louis, MO 63179-0094** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Software vendor** | |
|---|---|---|---|
| | State the term remaining | 12/31/2017 | **Concur Technologies, Inc.**<br>**601 108th Street**<br>**Suite 1000**<br>**Bellevue, WA 98004** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Muscle Shoals, Alabama Letter of Intent to provide services** | |
|---|---|---|---|
| | State the term remaining | **TBD** | **Constellium N.V.**<br>**4805 Second Street**<br>**Muscle Shoals, AL 35661-1282** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Ravenswood West Virginia Revenue Contract** | |
|---|---|---|---|
| | State the term remaining | 07/13/2020 | **Constellium Rolled Products Ravenswood,**<br>**Route 2 South**<br>**Ravenswood, WV 26164** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Software vendor** | |
|---|---|---|---|
| | State the term remaining | 12/31/2017 | **Cortex I.T. Labs Pty Ltd**<br>**Level 2, 991 Whitehorse Road**<br>**Box Hill VIC 3128**<br>**Australia** |
| | List the contract number of any government contract | | |

| Debtor 1 | CRS | | Reprocessing, LLC | Case number *(if known)* | 17-32565 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Tax consulting** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Crowe Horwath**<br>**9600 Brownsboro Road**<br>**Suite 400**<br>**Louisville, KY 40241** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated January 1, 2016 for Suppler Services** | |
|---|---|---|---|
| | State the term remaining | **Termination upon 90-day notice** | **CRS (Dongying) Reprocessing, Ltd.**<br>**c/o CRS Reprocessing, LLC**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated July 25, 2011 for Management Services** | |
|---|---|---|---|
| | State the term remaining | **Termination upon 90-day notice** | **CRS (Dongying) Reprocessing, Ltd.**<br>**c/o CRS Reprocessing, LLC**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Funding Agreement dated July 30, 2011** | |
|---|---|---|---|
| | State the term remaining | **Automatic 1-year renewals, terminated upon 30-days notice** | **CRS Reprocessing (Philippines), Inc.**<br>**c/o CRS Reprocessing, LLC**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated July, 30, 2011 for Management Services** | |
|---|---|---|---|
| | State the term remaining | **Termination upon 90-day notice** | **CRS Reprocessing (Philippines), Inc.**<br>**c/o CRS Reprocessing, LLC**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Revolving Credit Agreement dated February 15, 2008** | |
|---|---|---|---|
| | State the term remaining | **Automatic 1-year renewals, terminated** | **CRS Reprocessing France SAS**<br>**c/o CRS Reprocessing, LLC**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |

| Debtor 1 | **CRS Reprocessing, LLC** | | | Case number *(if known)* | **17-32565** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| | List the contract number of any government contract | **upon 30-days notice** | |
|---|---|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Intellectual Property License Agreement dated December 15, 2010** | |
| | State the term remaining | **Automatic 1-year renewals, terminated upon 30-days notice** | **CRS Reprocessing France SAS**<br>**c/o CRS Reprocessing, LLC**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated December 15, 2010 for Management Services** | |
| | State the term remaining | **Termination upon 90-day notice** | **CRS Reprocessing France SAS**<br>**c/o CRS Reprocessing, LLC**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Intercompany Note dated June 10, 2011** | |
| | State the term remaining | **No term stated in agreement** | **CRS Reprocessing France SAS**<br>**c/o CRS Reprocessing, LLC**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated December 15, 2010 for Management Services** | |
| | State the term remaining | **Termination upon 90-day notice** | **CRS Reprocessing Germany GmbH & Co. KG**<br>**c/o CRS Reprocessing, LLC**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Intellectual Property License Agreement dated February 15, 2008** | |
| | State the term remaining | **Automatic 1-year renewals, terminated upon 30-days notice** | **CRS Reprocessing Germany GmbH & Co. KG**<br>**c/o CRS Reprocessing, LLC**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |
| | List the contract number of any government contract | | |

| Debtor 1 | CRS Reprocessing, LLC | | | Case number (*if known*) | **17-32565** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| | **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement on Rendering Technical and Professional Services dated April 15, 2012** | |
| | State the term remaining | **Termination upon 30-day notice** | **CRS Reprocessing Hungary LLC**<br>**c/o CRS Reprocessing, LLC**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |
| | List the contract number of any government contract | | |
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Revolving Credit Agreement dated January 1, 2016** | |
| | State the term remaining | **Approximately 3 years and 5 months, with automatic 1-year renewals, terminated upon 30-days notice** | **CRS Reprocessing Hungary LLC**<br>**c/o CRS Reprocessing, LLC**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |
| | List the contract number of any government contract | | |
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Intellectual Property License Agreement dated December 15, 2010** | |
| | State the term remaining | **Automatic 1-year renewals, terminated upon 30-days notice** | **CRS Reprocessing Korea Limited YH**<br>**c/o CRS Reprocessing, LLC**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |
| | List the contract number of any government contract | | |
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated December 15, 2010 for Management Services** | |
| | State the term remaining | **Termination upon 90-day notice** | **CRS Reprocessing Korea Limited YH**<br>**c/o CRS Reprocessing, LLC**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |
| | List the contract number of any government contract | | |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Microsoft License - Great Plains** | |
| | State the term remaining | **12/31/2017** | **Dean Dorton Allen Ford, PLLC**<br>**500 West Jefferson Street**<br>**Suite 1400**<br>**Louisville, KY 40202** |
| | List the contract number of any government contract | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Software provider** | |
| | State the term remaining | **Various** | **Dell Computer Corporation**<br>**One Dell Way**<br>**Round Rock, TX 78682** |
| | List the contract number of any government contract | | |
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Dental Insurance** | |
| | State the term remaining | **12/31/2017** | **Delta Dental**<br>**4676 Jennings Lane**<br>**Louisville, KY 40218-2924** |
| | List the contract number of any government contract | | |
| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Engineering Consulting** | |
| | State the term remaining | | **Eauterre Consulting, LLC**<br>**3 Galloping Hill Road**<br>**Bethel, CT 06801** |
| | List the contract number of any government contract | | |
| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Leases (2)** | |
| | State the term remaining | **04/30/2018** | **Enterprise**<br>**P.O. Box 800089**<br>**Kansas City, MO 64180-0089** |
| | List the contract number of any government contract | | |
| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | **03/10/2021** | **Evergreen Property Trust, LLC**<br>**P.O. Box 301**<br>**New Cumberland, PA 17070** |
| | List the contract number of any government contract | | |
| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | **04/30/2023** | **Fenley Office Holdings, LLC**<br>**75 Remittance Drive**<br>**Dept. 1253**<br>**Chicago, IL 60675-1253** |
| | List the contract number of any | | |

| Debtor 1 | CRS Reprocessing, LLC | | Case number *(if known)* | 17-32565 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | government contract | |
| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Services and Indemnity Agreement** | |
| | State the term remaining | | **Ferko, William G.**<br>**7419 Cedar Bluff Court**<br>**Prospect, KY 40059** |
| | List the contract number of any government contract | | |
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll Processing and 401k Administration** | |
| | State the term remaining | **Indefinite with 30 days' notice** | **Fidelity Investments**<br>**P.O. Box 73307**<br>**Chicago, IL 60673-7307** |
| | List the contract number of any government contract | | |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Premium Financing for select policies** | |
| | State the term remaining | **10/31/2017** | **First Insurance Funding**<br>**450 Skokie Boulevard**<br>**#1000**<br>**Northbrook, IL 60062-7917** |
| | List the contract number of any government contract | | |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Custodial Agreement dated April 1, 2016** | |
| | State the term remaining | **Termination upon 30-day notice** | **Full Charter Industries Limited**<br>**c/o CRS Reprocessing, LLC**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |
| | List the contract number of any government contract | | |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated April 1, 2016 for Management Services** | |
| | State the term remaining | **Termination upon 90-day notice** | **Full Charter Industries Limited**<br>**c/o CRS Reprocessing, LLC**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |
| | List the contract number of any government contract | | |
| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Revenue Contract** | **General Electric Co./Haier Group**<br>**AP-3 Appliance Park**<br>**Louisville, KY 40211** |

| Debtor 1 | CRS Reprocessing, LLC | | Case number (*if known*) | 17-32565 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | 12/31/2018 | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Revenue Contract** | |
|---|---|---|---|
| | State the term remaining | 12/31/2019 | **Granges Americas**<br>1709 Jake Alexander Boulevard<br>Salisbury, NC 28146 |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Exclusivity Agreement** | |
|---|---|---|---|
| | State the term remaining | **November 17, 2017 - Evergreen** | **Graver Technology**<br>200 Lake Drive<br>Glasgow, DE 19702 |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Directors and Officers Insurance** | |
|---|---|---|---|
| | State the term remaining | 11/6/2017 | **Ironshore Specialty Insurance Company**<br>75 Federal Street<br>5th Floor<br>Boston, MA 02110 |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Revenue Contract** | |
|---|---|---|---|
| | State the term remaining | 12/31/2018 | **Kaiser Aluminum Washington, LLC**<br>15000 East Euclid Avenue<br>Spokane, WA 99216 |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | **February 15, 2018; automatic 1-year renewals unless notified 90 days prior to renewal** | **Lawrence, William**<br>9780 Ormsby Station Road<br>Suite 2500<br>Louisville, KY 40223 |
| | List the contract number of any government contract | | |

| | | | | |
|---|---|---|---|---|
| Case 17-32565-acs | Doc 186 | Filed 10/04/17 | Entered 10/04/17 11:57:39 | Page 14 of 18 |

| Debtor 1 | CRS Reprocessing, LLC | | | Case number *(if known)* | 17-32565 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | 08/27/2019 | Level 3 Communications<br>1025 Eldorado Boulevard<br>Broomfield, CO 80021 |
| | List the contract number of any government contract | | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | Software vendor | |
|---|---|---|---|
| | State the term remaining | Ongoing | LogMeIn, Inc.<br>320 Summer Street<br>Boston, MA 02210 |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | |
|---|---|---|---|
| | State the term remaining | July 13, 2018; automatic 1-year renewals unless notified 90 days prior to renewal | Massie, Scott<br>9780 Ormsby Station Road<br>Suite 2500<br>Louisville, KY 40223 |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | European Counsel | |
|---|---|---|---|
| | State the term remaining | N/A | McDermott, Will, & Emery<br>Feldbergstraffe 35<br>Frankfurt, Germany 60323 |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | Revenue Contract (pre-revenue) | |
|---|---|---|---|
| | State the term remaining | TBD - 10 Year Contract upon completion | Meyer Tool, Inc.<br>3055 Colerain Avenue<br>Cincinnati, OH 45225 |
| | List the contract number of any government contract | | |

| Debtor 1 | CRS Reprocessing, LLC | | Case number (if known) | 17-32565 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Software vendor** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Microsoft Corporation**<br>**One Microsoft Way**<br>**Redmond, WA 98052** |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting Consultants** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Mountjoy Chilton Medley, PLLC**<br>**462 South Fourth Street**<br>**Suite 2600**<br>**Louisville, KY 40202** |
| | List the contract number of any government contract | | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | **04/24/2021** | **Navitas Credit Corporation**<br>**111 Executive Center Drive**<br>**Suite 102**<br>**Columbia, SC 29210** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Construction (VSEP, Pump Skid and Filter Heads)** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **New Logic Research**<br>**1295 67th Street**<br>**Emeryville, CA 94608** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | **October 29, 2017** | **Norris, Jeremy**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | **October 11, 2017 - Evergreen** | **North American Filtration**<br>**23 Walpole Park Station**<br>**Walpole, MA 02081** |
| | List the contract number of any | | |

Case 17-32565-acs    Doc 186    Filed 10/04/17    Entered 10/04/17 11:57:39    Page 16 of 18

| Debtor 1 | CRS Reprocessing, LLC | | Case number *(if known)* | 17-32565 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| | List the contract number of any government contract | | |
|---|---|---|---|

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Software vendor** | |
| | State the term remaining | **12/31/17** | **Paramount Technologies, Inc.**<br>**1374 East West Maple Road**<br>**Walled Lake, MI 48390** |
| | List the contract number of any government contract | | |
| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Software vendor** | |
| | State the term remaining | **6/30/2018** | **PWC Product Sales LLC**<br>**P.O. Box 75647**<br>**Chicago, IL 60675-5647** |
| | List the contract number of any government contract | | |
| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Software vendor** | |
| | State the term remaining | **12/31/2017** | **Quadrem Netherlands B.V.**<br>**Amerikastraat 10**<br>**5232 BE's-Hertogenbosch**<br>**Netherlands** |
| | List the contract number of any government contract | | |
| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract** | |
| | State the term remaining | **February 15, 2018; automatic 1-year renewals unless notified 90 days prior to renewal** | **Radeker IV, Walter Scott**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |
| | List the contract number of any government contract | | |
| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lessor** | |
| | State the term remaining | **07/31/2018** | **Radius Equipment Finance**<br>**500 Boylston Street**<br>**Boston, MA 02116** |
| | List the contract number of any government contract | | |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    Page 13 of 15
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | CRS Reprocessing, LLC | | Case number *(if known)* | **17-32565** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Amendment Agreement dated February 1, 2017 to the Agreement to Lease Equipment dated July 31, 2014** | |
|---|---|---|---|
| | State the term remaining | **Approximately 1 year and 7 months** | **RDC Consulting LLC (Japan Branch)**<br>**c/o CRS Reprocessing, LLC**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |
| | List the contract number of any government contract | | |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Intellectual Property License Agreement dated July 29,2014** | |
|---|---|---|---|
| | State the term remaining | **2 years with automatic 1-year renewals, terminated upon 30-days notice** | **RDC Consulting LLC (Japan Branch)**<br>**c/o CRS Reprocessing, LLC**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |
| | List the contract number of any government contract | | |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated July 29,2014 for Management Services** | |
|---|---|---|---|
| | State the term remaining | **Termination upon 90-day notice** | **RDC Consulting LLC (Japan Branch)**<br>**c/o CRS Reprocessing, LLC**<br>**9780 Ormsby Station Road**<br>**Suite 2500**<br>**Louisville, KY 40223** |
| | List the contract number of any government contract | | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | |
|---|---|---|---|
| | State the term remaining | **October 31, 2017** | **Sewell Industrial Electronics, Inc.**<br>**5851 Fern Valley Road**<br>**Louisville, KY 40228** |
| | List the contract number of any government contract | | |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Revenue Contract** | |
|---|---|---|---|
| | State the term remaining | **06/01/2018** | **Siltronic Corporation**<br>**7200 NW Front Avenue**<br>**Portland, OR 97210** |
| | List the contract number of any government contract | | |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | | **Thomson Reuters**<br>**P.O. Box 417175**<br>**Boston, MA 02241** |
|---|---|---|---|

Case 17-32565-acs    Doc 186    Filed 10/04/17    Entered 10/04/17 11:57:39    Page 18 of 18

| Debtor 1 | CRS Reprocessing, LLC | | | Case number *(if known)* | 17-32565 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | 11/30/2017 | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | 12/31/2017 | **United Healthcare**<br>**3100 AMS Boulevard**<br>**Green Bay, WI 54313** |
| | List the contract number of any government contract | | |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Insurance Broker** | |
|---|---|---|---|
| | State the term remaining | 12/31/2017 | **USI Insurance**<br>**950 Breckenridge Lane**<br>**Suite 50**<br>**Louisville, KY 40207** |
| | List the contract number of any government contract | | |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Mutual Confidential Information And Nonuse Agreement** | |
|---|---|---|---|
| | State the term remaining | **January 29, 2020** | **Vaco Louisville, LLC**<br>**297 N. Hubbards Lane**<br>**#101**<br>**Louisville, KY 40207** |
| | List the contract number of any government contract | | |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Client Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Vaco, LLC**<br>**297 N. Hubbards Lane**<br>**#101**<br>**Louisville, KY 40207** |
| | List the contract number of any government contract | | |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **U.S. Property Insurance** | |
|---|---|---|---|
| | State the term remaining | 07/31/2018 | **Zurich Insurance**<br>**1299 Zurich Way**<br>**Schaumburg, IL 60196** |
| | List the contract number of any government contract | | |