# DelCotto Law Group PLLC

**Attorneys at Law**
**200 North Upper Street**
**Lexington, KY 40507**
**I.D. #30-0198330**

January 3, 2018

Shawn Anderson
CRS Reprocessing, LLC
9780 Ormsby Station Road
Suite 2500
Louisville, KY 40223

Inv. No: 15245
Matter: CRS Reprocessing, LLC
Postpetition
File No: 3610.1 CH 11 FA

| Date | TMKR | Description | Hours | Amount |
|---|---|---|---|---|
| **Asset Disposition** | | | | |
| 11/01/2017 | JLH | Review Chase redline to sale order; emails to/from S. Massie re same; email to E. Pagorski re Chase accounts | 0.40 | $118.00 |
| 11/02/2017 | JLH | Emails to S. Massie/T. King/ E, Pagorski re sale order/Chase issues | 0.50 | $147.50 |
| | | Sub Total: Asset Disposition | | $265.50 |
| **Business Operations** | | | | |
| 11/22/2017 | JLH | Emails to client and T. King re Chase wiring issues | 0.20 | $59.00 |
| **Case Administration** | | | | |
| 11/10/2017 | SD | Update service list | 0.10 | $15.00 |
| 11/27/2017 | JLH | Telephone call to E. Pagorski re case status/conflicts issues | 0.20 | $59.00 |
| 11/28/2017 | JLH | Telephone call to S. Weber at bankruptcy court re event codes/filing issues | 0.10 | $29.50 |
| | | Sub Total: Case Administration | | $103.50 |
| **Claims Administration and Objections** | | | | |
| 11/03/2017 | JLH | Email to E. Pagorski re Chase agreement | 0.10 | $29.50 |
| 11/06/2017 | JLH | Email to client re Chase invoice | 0.10 | $29.50 |
| | | Sub Total: Claims Administration and Objections | | $59.00 |

**Fee/Employment Applications**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/15/2017 | SD | Begin preparation of second fee application | 0.30 | $45.00 |
| 11/16/2017 | JLH | Review invoice for fee application | 0.10 | $29.50 |
| 11/17/2017 | SD | Drafting of second interim fee application | 1.50 | $225.00 |
| 11/19/2017 | JLH | Edit second fee application documents | 0.50 | $147.50 |
| 11/20/2017 | JLH | Edit second fee application documents; email to client re application | 0.60 | $177.00 |
| 11/20/2017 | JLH | Review/edit certification no objection fee application | 0.10 | $29.50 |
| 11/20/2017 | SD | Revise second interim fee application; draft notice of no objection of first interim fee application | 1.70 | $255.00 |
| 11/22/2017 | JLH | Email to S. Massie re fee application | 0.10 | $29.50 |
| 11/22/2017 | SD | Finalize and file certificate of no objection to fee app; arrange for service of same | 0.40 | $60.00 |
| 11/27/2017 | JLH | Review/finalize fee application second | 0.20 | $59.00 |
| 11/27/2017 | SD | Email to client re follow up on second fee app and payment on first | 0.10 | $15.00 |
| 11/27/2017 | SD | Finalize and file second interim fee application; arrange for service of same; docket objection deadline | 0.50 | $75.00 |

Sub Total: Fee/Employment Applications — $1,147.00

**Financing**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/2017 | SD | Attention to order re sale of assets | 0.10 | $15.00 |

For Professional Services Rendered — 7.90 — $1,649.00

*Expenses*

Postage — $59.86

Total Expenses — $59.86

Total Amount of This Invoice — $1,708.86

Previous Balance — $7,411.74

| Date | | | | |
|---|---|---|---|---|
| 12/01/2017 | Payment | WIRE | | $-3,060.00 |
| 12/28/2017 | Payment | WIRE | | $-2,734.80 |
| | Total Payments and Credits | | | $-5,794.80 |
| | Balance Due | | | $3,325.80 |

## Phase Table

| Category | Hours | Fees |
|---|---|---|
| Asset Disposition | 0.90 | $265.50 |
| Business Operations | 0.20 | $59.00 |
| Case Administration | 0.40 | $103.50 |
| Claims Administration and Objections | 0.20 | $59.00 |
| Expense | 0.00 | $0.00 |
| Fee/Employment Applications | 6.10 | $1,147.00 |
| Financing | 0.10 | $15.00 |

## Professional Summary

| Initials | Professional Name | Hours | Rate | Fees |
|---|---|---|---|---|
| JLH | Jamie L. Harris | 3.20 | $295.00 | $944.00 |
| SD | Stephanie DeWitt | 4.70 | $150.00 | $705.00 |