# DelCotto Law Group PLLC

**Attorneys at Law**
**200 North Upper Street**
**Lexington, KY 40507**
**I.D. #30-0198330**

January 3, 2018

Shawn Anderson
CRS Reprocessing, LLC
9780 Ormsby Station Road
Suite 2500
Louisville, KY 40223

Inv. No: 15246
Matter: CRS Reprocessing, LLC
Postpetition
File No: 3610.1 CH 11 FA

| Date | TMKR | Description | Hours | Amount |
|---|---|---|---|---|
| | | | | |

**Claims Administration and Objections**

| | | | | |
|---|---|---|---|---|
| 12/12/2017 | JLH | Email to client re Chase attorney fees | 0.10 | $29.50 |

**Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| 12/22/2017 | JLH | Review certificate of no objection to fees under fee app category | 0.10 | $29.50 |
| 12/22/2017 | SD | Drafting of certificate of no objection to second fee app; finalize and file same; email client re payment of fees | 0.30 | $45.00 |

| | | |
|---|---|---|
| Sub Total: Fee/Employment Applications | | $74.50 |
| For Professional Services Rendered | 0.50 | $104.00 |

*Expenses*

| | |
|---|---|
| Copies | $26.80 |
| Postage | $30.82 |
| Total Expenses | $57.62 |
| Total Amount of This Invoice | $161.62 |
| Previous Balance | $3,325.80 |
| Balance Due | $3,487.42 |

## Phase Table

| Category | Hours | Fees |
|---|---|---|
| Claims Administration and Objections | 0.10 | $29.50 |
| Expense | 0.00 | $0.00 |
| Fee/Employment Applications | 0.40 | $74.50 |

## Professional Summary

| Initials | Professional Name | Hours | Rate | Fees |
|---|---|---|---|---|
| JLH | Jamie L. Harris | 0.20 | $295.00 | $59.00 |
| SD | Stephanie DeWitt | 0.30 | $150.00 | $45.00 |